UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

CHARLES MILLER, on behalf of himself and all others similarly situated,

                              Plaintiff,

             -v-

STERLING BANCORP et al.,

                              Defendants.

------------------------------------------------------------X

13 Civ. 3845 (PAE)

ORDER OF DISCONTINUANCE

PAUL A. ENGELMAYER, District Judge:

    The parties have informed the Court that they are moving forward on their Stipulation of Settlement and have requested a renewal of the stay in this matter until April 30, 2014.

    It is hereby ordered that this case is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by April 30, 2014.

SO ORDERED.

                                                         *Paul A. Engelmayer*
                                                         Paul A. Engelmayer
                                                          United States District Judge

Dated: November 25, 2013
        New York, New York